UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KELVIN SETTLE,

    Petitioner,

v.                                                  Cv. No. 05-2150-Ma

T.C. OUTLAW,

    Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed September 30, 2005.

**APPROVED:**

_[signature]_
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005                          THOMAS M. GOULD
_____          _____
DATE                                     CLERK

                                                             _[signature]_
                                                      (By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-7-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02150 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Kelvin Settle
FPC-MILLINGTON
26754-044
P.O. Box 2000
Millington, TN 38083

Honorable Samuel Mays
US DISTRICT COURT